1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             CENTRAL DISTRICT OF CALIFORNIA

10    JUSTIN FAHIMIRAD,                    )    Case No. CV 12-1472-PJW
                                           )
11                     Plaintiff,          )
                                           )
12              v.                         )    ORDER TO SHOW CAUSE AS TO WHY
                                           )    ACTION SHOULD NOT BE DISMISSED
                                           )    WITH PREJUDICE FOR FAILURE TO
13    MICHAEL J. ASTRUE,                   )    PROSECUTE
      COMMISSION OF THE                    )
14    SOCIAL SECURITY ADMINISTRATION, )
                                           )
15                     Defendant.          )
                                           )
16

17        On October 5, 2012, after a telephonic hearing, the Court issued

18    an order, granting the request of Marc Kalagian, Plaintiff's attorney

19    of record, to withdraw and requiring Mr. Kalagian to mail Plaintiff a

20    certified copy of the administrative record by Friday, October 12,

21    2012.  In its order, the Court set a new briefing schedule, under

22    which Plaintiff was to file a brief presenting his arguments no later

23    than November 5, 2012.  Plaintiff has failed to do so and has not

24    requested an extension of time.

25        IT IS THEREFORE ORDERED that, no later than **December 21, 2012**,

26    Petitioner shall inform the Court in writing why this case should not

27    be dismissed with prejudice for failure to prosecute.  Failure to

28

timely file a response will result in a recommendation that this case be dismissed.

IT IS SO ORDERED

DATED:    December 4, 2012.

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE