UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN FAHIMIRAD,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>            Defendant. | Case No. CV 12-1472-PJW<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Action for Failure to Prosecute,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: January 2, 2013.

*Patrick J. Walsh*
_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\FAHIMIRAD, 1472\Judgment.wpd